# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THEODORE KING, Bakersfield Police Officer, SCOTT DREWRY, Bakersfield Police Officer,<br><br>　　　　　　Defendants. | 1:09-cv-02004 LJO BAK [GSA]<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

　　　By application filed November 16, 2009, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted a declaration that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

　　　IT IS SO ORDERED.

**Dated:　November 19, 2009**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE